Jose I. BELTRAN–TORRES, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 12–71797.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 1, 2013.

Alejandro Garcia, Law Offices of Alejandro Garcia, Commerce, CA, for Petitioner.

Franklin M. Johnson, Jr., OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Jose I. Beltran–Torres, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the agency's decision to deny Beltran–Torres's application for cancellation of removal as a matter of discretion. *See* 8 U.S.C. § 1252(a)(2)(B)(i) (barring review of denials of discretionary relief). Beltran–Torres's contentions that the agency failed to consider all of the equities in his case, applied an incorrect standard of review, and mischaracterized the evidence are not supported by the record and are not colorable claims invoking our jurisdiction. *See* 8 U.S.C. § 1252(a)(2)(D); *Bazua–Cota v. Gonzales,* 466 F.3d 747, 748–49 (9th Cir. 2006).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.